USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WILSON GALARZA,

                            Plaintiff,                        **19-CV-10898 (LAK) (KHP)**

              -against-                                           **ORDER**

CITY OF NEW YORK, et al.,

                            Defendants.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the national emergency, the conference in this matter scheduled for April 27, 2020 is hereby converted to a telephone conference. The parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the appropriate time.

       **SO ORDERED.**

DATED:      New York, New York
                 March 16, 2020

                                                                     _____
                                                                     KATHARINE H. PARKER
                                                                     United States Magistrate Judge