```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILSON GALARZA,

                        Plaintiff,                      19-CV-10898 (LAK) (KHP)

      -against-                                          **ORDER**

CITY OF NEW YORK, et al.,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Case Management Conference in this matter that is scheduled for Monday, August 3, 2020 at 10:00 a.m. is hereby converted to a telephonic conference and rescheduled to **Thursday, August 6, 2020 at 11:30 a.m.** The parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the appropriate time.

       SO ORDERED.

DATED:     New York, New York
              July 7, 2020

                                                           _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge