```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/20/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

WILSON GALARZA,

                         Plaintiff,                      **19-CV-10898 (LAK) (KHP)**

      -against-                                       **SCHEDULING ORDER**

CITY OF NEW YORK, et al.,

                        Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court hereby orders a 90-day extension of all discovery deadlines. The parties are also directed to jointly file a status letter by Tuesday, **February 19, 2021**.

      **SO ORDERED.**

DATED:      New York, New York
                January 20, 2021

                                                        _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge