

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/21/2021

**MEMO ENDORSED**

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-356-2355*
*sscharfs@law.nyc.gov*

May 21, 2021

Honorable Katharine Parker *(by ECF)*
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Galarza v. City of New York, et al.,</u> 19 CV 10898 (LAK) (KHP)

Dear Magistrate Judge Parker:

    I am an attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for defendants City of New York, Carlos Aquino, Carlos Aviles, Stefano Priolo, Kevin Veloz, Hector Camacho, and Vincent Nicolo in this action brought pursuant to 42 U.S.C. § 1983.

    I write, with the consent of plaintiff's counsel, to request an adjournment of the telephone conference that is set for June 2, 2021, at 3:00 p.m., to a date that is convenient for the Court after June 17, 2021. The reason for this request is a family health problem. After conferring with counsel for plaintiff, I have learned that the attorneys for both sides are available on June 18, June 21 through June 23, June 25, June 28, and June 30 through July 2, 2021. No previous request for an adjournment of the conference has been sought by any party.

    Thank you for your consideration herein.

Respectfully submitted,

*/s/ Susan P. Scharfstein*

Susan P. Scharfstein

cc:    All counsel *(by ECF)*

**APPLICATION GRANTED:** The telephonic Case Management Conference scheduled for Wednesday, June 2, 2021 at 3:00 p.m. is hereby rescheduled to <u>Wednesday, June 30, 2021 at 11:00 a.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

APPLICATION GRANTED

*Katharine H. Parker*    05/21/2021

Hon. Katharine H. Parker, U.S.M.J.