```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILSON GALARZA,

                                         Plaintiff,                          19-CV-10898 (LAK) (KHP)

             -against-                       **ORDER SCHEDULING CASE**
                                                                          **MANAGEMENT CONFERENCE**

CITY OF NEW YORK, et al.,

                                         Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A Case Management Conference in this matter is hereby scheduled on **Thursday, February 3, 2022 at 11:30 a.m.**  The parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the scheduled time.

      SO ORDERED.

DATED:     New York, New York
                December 2, 2021

                                                                 _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge