```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILSON GALARZA,

                                  Plaintiff,                             19-CV-10898 (LAK) (KHP)

              -against-                                    **ORDER**

CITY OF NEW YORK, et al.,

                                Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A Case Management Conference is hereby scheduled on **Tuesday, August 23, 2022 at 11:00 a.m.** in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker.

    **SO ORDERED.**

DATED:    New York, New York
                 May 18, 2022

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge