USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILSON GALARZA,

                        Plaintiff,                    **19-CV-10898 (LAK) (KHP)**

     -against-                                     **ORDER**

CITY OF NEW YORK, et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the November 28, 2022 Case Management Conference:

A telephonic Case Management Conference is scheduled on **Thursday, January 26, 2023, at 2:30 p.m**. At the scheduled time, counsel for the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267#.

The deadline for the completion of expert medical discovery is **Friday, March 31, 2023.** The deadline for Plaintiff to provide an expert report regarding the extent of the alleged injuries to Plaintiff's eye is **Wednesday, January 18, 2023**. The parties are directed to meet and confer regarding intermediary deadlines for additional expert reports and depositions.

     **SO ORDERED.**

DATED:     New York, New York
                November 28, 2022

                                                *Katharine H. Parker*
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge