```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILSON GALARZA,

                                 Plaintiff,                         **19-CV-10898 (LAK) (KHP)**

              -against-                                 **ORDER**

CITY OF NEW YORK, et al.,

                                 Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed at the January 26, 2023, Case Management Conference:

      The parties are directed to meet and confer in an effort to narrow disagreements regarding outstanding document discovery. By **Monday, February 27, 2023**, the parties shall submit a joint letter outlining their respective positions and remaining disagreements (if any) as narrowed by the meet and confer process.

      A telephonic Case Management Conference is scheduled on **Thursday, March 2, 2023, at 3:00 p.m**. At the scheduled time, counsel for the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267#.

      The deadline for Plaintiff to serve its expert report regarding police practices is extended to **Tuesday, February 28, 2023**. The deadline for Defendant to serve its rebuttal police practices report is extended to **Friday, April 21, 2023**. The deadline for completion of expert discovery is extended to **Monday, May 22, 2023**.

      SO ORDERED.

DATED:     New York, New York
                 January 27, 2023

                                                              */s/ Katharine H. Parker*
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge