```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

WILSON GALARZA,

                                  Plaintiff,

                 -against-

CITY OF NEW YORK, et al.,

                             Defendants.

-----------------------------------------------------------------X

**19-CV-10898 (LAK) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The telephonic Case Management Conference previously scheduled on Thursday, March 2, 2023, at 3:00 p.m. is **re-scheduled to Thursday, March 2, 2023, at 11:00 a.m.** At the scheduled time, counsel for the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267#.

        **SO ORDERED.**

DATED:      New York, New York
              March 1, 2023

                                _Katharine H Parker_____
                                KATHARINE H. PARKER
                                United States Magistrate Judge