USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

WILSON GALARZA,

                              Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                              Defendants.

-----------------------------------------------------------------X

**19-CV-10898 (LAK) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the March 2, 2023, Case Management Conference:

The parties are directed to file a joint status letter on **Monday, April 3, 2023** updating the Court on the status of discovery and stating whether the parties would like the Court to schedule a settlement conference.

The deadline for the completion of *Monell* discovery is **Friday, June 30, 2023.**

        SO ORDERED.

DATED:      New York, New York
                 March 3, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge