USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILSON GALARZA,

                               Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                              Defendants.
-----------------------------------------------------------------X

**19-CV-10898 (LAK) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the June 26, 2023, Case Management Conference:

The deadline for the completion of *Monell* discovery is extended to **Friday, September 29, 2023.**

The parties shall file a joint status letter on **Monday, July 31, 2023** updating the Court on the status of discovery. The letter shall indicate on what dates the remaining depositions are scheduled to occur.

        **SO ORDERED.**

DATED:    New York, New York
             June 26, 2023

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge