USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WILSON GALARZA,

                                  Plaintiff,             **19-CV-10898 (LAK) (KHP)**
                                                                **ORDER**
        -against-

CITY OF NEW YORK, et al.,

                                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the October 4, 2023, Case Management Conference:

Defendants' Motion for Summary Judgment is due on **Friday, December 29, 2023**.

Plaintiff's reply is due on **Monday, February 5, 2024**. Defendants' reply is due on **Monday, February 26, 2024**.

The parties are reminded of their option to consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge and file such form with the Court. The parties can also consent just for the Summary Judgment motion, using the form available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge-specific-motion.

This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an

attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

      **SO ORDERED.**

DATED:    New York, New York
              October 4, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge