

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

# LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**Brian Francolla**
*Special Federal Litigation Division*
*212-356-3527*
*bfrancol@law.nyc.gov*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2024

November 19, 2024

Honorable Katharine H. Parker (by ECF)
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Galarza v. City of New York, et al., 19-CV-10898 (LAK) (KHP)

Your Honor:

I am an attorney in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, counsel for defendants City of New York, Carlos Aquino, Carlos Aviles, Stefano Priolo, Kevin Veloz, Hector Camacho, and Vincent Nicolo in this action. In that capacity, I write with the consent of plaintiff's counsel, to respectfully request that the Oral Argument, currently scheduled for November 26, 2024 at 10:00 a.m., be adjourned until a later dated convenient to the Court after December 6, 2024. The reason for this request is that myself and my co-counsel, Hannah Faddis, are currently on trial in the matter of the Estate of George Homer Tillman v. City of New York, et al., 18 CV 2211 (RPK) (JAM), before the Honorable Rachel P. Kovner, United States District Judge for the Eastern District of New York. Trial started yesterday and is expected to last until at least some time during the week of December 2, 2024. Should the Court grant this request, the parties are available on December 11, 2024, December 12, 2024, December 13, 2024, and December 20, 2024. Should none of those dates work for the Court, the parties can supplement this request with their respective availability in January.

Thank you for your time and attention to the above.

Respectfully submitted,

/s/

Brian Francolla

> The parties' request is GRANTED. The Oral Argument previously scheduled for November 26, 2024, is hereby rescheduled to **December 13, 2024 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

_Katharine H. Parker_   11/19/2024
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

cc: All counsel *(by ECF)*