UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILSON GALARZA,

                            Plaintiff,                      19-CV-10898 (LAK) (KHP)

            -against-                                        **ORDER**

CITY OF NEW YORK, et al.,

                            Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties are reminded that if they are interested in scheduling a settlement conference with the undersigned, they may write to the Court requesting a conference.

**SO ORDERED.**

DATED:      New York, New York
                March 6, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

1