```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

Wilson Galarza,

  -against-                                              19 CV 10898  (LAK)

City of New York, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

### Order

      The following schedule shall govern the remainder of this case, which does not conflict with the March 6, 2025 order (DI 180) issued by Magistrate Judge Katherine H. Parker.

      The joint pretrial order shall be filed on or before April 7, 2025 in accordance with the individual practices of the undersigned.

      Any in lime motions shall be filed on or before April 21, 2025, with oppositions filed on or before May 5, 2025.

      The jury trial shall commence on June 9, 2025 at 9:30 AM in Courtroom 21B.

SO ORDERED.

Dated: March 6, 2025

                                            _____
                                            Lewis A. Kaplan
                                            United States District Judge