UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
WILSON GALARZA,

                      Plaintiff,

      -against-                                    19-cv-10898 (LAK)

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants shall respond to plaintiff's motion for the appointment of a guardian *ad litem* no later than April 23, 2025. The Court will hear oral argument regardless of whether any opposition is filed. Counsel should be prepared to address, among anything else relevant, whether the evidence that Mr. Galarza is "incompetent" within the meaning of Fed. R. Civ. P. 17(c) is sufficient and whether, if a guardian *ad litem* were appointed, the guardian should be substituted for Mr. Galarza as plaintiff.

        SO ORDERED.

Dated:    April 16, 2025

                                                          Lewis A. Kaplan
                                                United States District Judge