UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WILSON GALARZA,

                  Plaintiff,

-against-

                  19-cv-10898 (LAK)

CITY OF NEW YORK, et al.,

                  Defendants.
------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/25
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff Wilson Galarza is ordered to appear at oral argument scheduled for Tuesday, May 20, 2025 at 11:00 A.M. in Courtroom 21B, 500 Pearl Street, New York, New York. Plaintiff's counsel must serve this order on Plaintiff and file proof of service with this Court.

SO ORDERED.

Dated:    May 16, 2025

                                                    Lewis A. Kaplan
                                         United States District Judge