USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-26.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILSON GALARZA,

               Plaintiff,

     -against-                             19-cv-10898 (LAK)

CITY OF NEW YORK,  et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will conduct a status conference on February 3, 2026 at 10:00 a.m. in Courtroom 26B

        SO ORDERED.

Dated:       January 21, 2026

                                 _____
                                      Lewis A. Kaplan
                               United States District Judge