UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------- x

WILSON GALARZA,

       Plaintiff,

   -against-

CITY OF NEW YORK, et al.,

       Defendants.

-------------------------------------------- x

19-cv-10898 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2026

## ORDER

LEWIS A. KAPLAN, *District Judge.*

   This case is set for trial commencing on September 14, 2026, at 9:30 a.m.

   The trial date is subject to change to an earlier date.

   SO ORDERED.

Dated:   March 3, 2026

           _____
             Lewis A. Kaplan
           United States District Judge