UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILSON GALARZA,

                    Plaintiff,

                -against-                                  19-cv-10898 (LAK)

CITY OF NEW YORK,  et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The trial of this action, previously scheduled to commence on September 14, 2026, is rescheduled to commence on October 27, 2026, subject to being called for trial earlier in September or October.

        SO ORDERED.

Dated:        March 27, 2026

                                   /s/  Lewis A. Kaplan

                                   Lewis A. Kaplan
                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2026